IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Randy W. Grossman, ) | Case No. 23-22565-GLT |
|     Debtor ) | Chapter 13 |
| ) | |
| Randy W. Grossman, ) | Document No. 34 |
| Social Security No. XXX-XX-1026 ) | |
|     Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Allegheny County and Ronda J. ) | |
| Winnecour-Chapter 13 Trustee, ) | |
|     Respondents ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on January 17, 2024, a true and correct copy of the *Amended Order to Pay Trustee* along with the *Notification of Debtor's Social Security Number* was served by the following methods, upon the following persons and parties:

| | |
|---|---|
| Randy W. Grossman | Ronda J. Winnecour-Chapter 13 Trustee |
| *Via E-Mail* | *Via ECF Mail* |

Allegheny County Controller's Office
**Attention: Merissa Schmitt**
436 Grant Street
Room 2 Courthouse
Pittsburgh, PA 15219
Controllerpayroll@alleghenycounty.us
*Via E-Mail, Fax (412–350-4635) and Regular U.S. First Class Mail*

| | |
|---|---|
| Date of Service: January 17, 2024 | /s/ Lauren M. Lamb |
| | Lauren M. Lamb, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | Suite 2830, Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | llamb@steidl-steinberg.com |
| | PA I.D. No. 209201 |