IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Randy W. Grossman, | ) | Case No. 23-22565-GLT |
|     Debtor | ) | Chapter 13 |
| | ) | |
| Randy W. Grossman, | ) | Document No. 43 |
| Social Security No. XXX-XX-1026 | ) | |
|     Movant | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Allegheny County and Ronda J. | ) | |
| Winnecour-Chapter 13 Trustee, | ) | |
|     Respondents | ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on March 18, 2024, a true and correct copy of the *Amended Order to Pay Trustee* along with the *Notification of Debtor's Social Security Number* was served by the following methods, upon the following persons and parties:

| | |
|---|---|
| Randy W. Grossman | Ronda J. Winnecour-Chapter 13 Trustee |
| *Via E-Mail* | *Via ECF Mail* |

Allegheny County Controller's Office
**Attention: Merissa Schmitt**
436 Grant Street
Room 2 Courthouse
Pittsburgh, PA 15219
[Controllerpayroll@alleghenycounty.us](mailto:Controllerpayroll@alleghenycounty.us)
*Via E-Mail and Fax (412–350-4635)*

| | |
|---|---|
| Date of Service: March 18, 2024 | /s/ Lauren M. Lamb |
| | Lauren M. Lamb, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | Suite 2830, Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | llamb@steidl-steinberg.com |
| | PA I.D. No. 209201 |