IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. **23-22565-GLT** |
| **Randy W. Grossman** | : | |
| | : | Chapter **13** |
| Debtor | : | |
| | : | Related to Document No. **52** |
| **Randy W. Grossman** | : | |
| Movant | : | |
| v. | : | |
| No Respondent | : | |

### NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Lauren M. Lamb 209201**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the post-petition financing of a vehicle.

By: **/s/ Lauren M. Lamb**
Signature
**Lauren M. Lamb 209201**
Typed Name
**707 Grant Street**
**Suite 2830- Gulf Tower**
**Pittsburgh, PA 15219-1908**
Address
**412-391-8000 Fax:412-391-0221**
Phone No.
**209201 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Clearview Federal Credit Union
8805 University Boulevard
Moon Township, PA 1510