IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
8/9/24 3:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In RE: | ) |
| | ) |
| RANDY W. GROSSMAN, | ) Bankruptcy Case No. 23-22565-GLT |
| | ) |
| Debtor, | ) Related to Docket Nos. 55, 5(8 |
| | ) Chapter 13 |
| PEOPLES NATURAL GAS COMPANY, LLC, | ) |
| Movant, | ) Hearing Date: 8/19/24 |
| vs. | ) Hearing Time: 10:00 AM |
| | ) |
| RANDY W. GROSSMAN, and RONDA J. WINNECOUR, ESQUIRE, Trustee, | ) |
| Respondents. | ) |

## CONSENT ORDER OF COURT

AND NOW, to-wit, this  9th   day of     August      , 2024, upon Motion of the Peoples Natural Gas Company, LLC, it is hereby ORDERED, ADJUDGED and DECREED that:

1.  The Debtor has failed to pay his utility bills and/or security deposit to the Peoples Natural Gas Company, LLC as and when they became due post petition.  The Peoples Natural Gas Company, LLC is entitled to be paid for this administrative claim and either to terminate utility service to the Debtor or be granted adequate assurance of future payment.

2.  The Court finds that continued utility service is necessary for an effective reorganization by the Debtor.  Therefore, the administrative claims of the Peoples Natural Gas Company, LLC as set forth in the foregoing Motion are hereby allowed and are to be paid through the Chapter 13 Plan.  In addition, as further adequate assurance of payment, the Debtor is hereby ordered to hereafter make the monthly budget payment for utility service provided by Peoples Natural Gas Company, LLC through the Trustee as part of the Chapter 13 Plan.  The budget payment as of  the date of this Order is $72.00.  The total amount to be included in the Plan, including budget and arrearages, is set forth in paragraph four (4) of this Order.

3. In order to pay the combined administrative claims and ongoing budget of the Peoples Natural Gas Company, LLC, the Plan payment must be increased. Distribution to Peoples Natural Gas Company, LLC must begin effective beginning in September of 2024.

4. To provide for the claims allowed in this Order, and to provide the ongoing budget as adequate assurance, the sum of $85.54 shall be distributed to Movant, the Peoples Natural Gas Company, LLC over the life of the Plan, and shall be paid at priority level three (3). The Trustee is hereby authorized and directed to make immediate interim distribution of the funds due to the Peoples Natural Gas Company, LLC.

5. If the ongoing budget required to maintain utility service to the Debtor should increase significantly, the monthly amount due on this long term continuing debt may be amended by Peoples Natural Gas Company, LLC in accord with its usual procedures upon notice to the Debtor or his or her attorney and the Chapter 13 Trustee. Whatever sums may remain due on the post petition account once this case has concluded will not be discharged, and remain the liability of the Debtor.

6. Unless reconsideration of this Order is timely sought, the Debtor's counsel or the Debtor are hereby ordered to ensure that the payment to Peoples Natural Gas Company, LLC as set forth in this Order, is incorporated into the Plan within fifteen (15) days of the Date of this Order.

7. The Debtor's post petition account number is xxxxxxxx5635.

BY THE COURT:

_____ J.
GREGORY TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

Consented to by:

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for Debtor
Pa. I.D. No. 209201
707 Grant Street, Suite 2830
Pittsburgh, PA 15219
412-391-8000
llamb@steidl-steinberg.com

/s/Jeffrey R. Hunt
Jeffrey R. Hunt, Esquire
Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 90342
GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219
412-281-0587
jhunt@grblaw.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-22565-GLT |
| Randy W. Grossman | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: auto       Page 1 of 2
Date Rcvd: Aug 09, 2024   Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2024:**

**Recip ID          Recipient Name and Address**
db            +    Randy W. Grossman, 3051 Camberly Drive, Gibsonia, PA 15044-8470

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2024                Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2024 at the address(es) listed below:

**Name**                    **Email Address**

Danielle Boyle-Ebersole
                    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com

Denise Carlon
                    on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com

Jeffrey Hunt
                    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Jeffrey R. Hunt
                    on behalf of Creditor Hampton Township jhunt@grblaw.com

Keri P. Ebeck
                    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Aug 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Lauren M. Lamb
    on behalf of Debtor Randy W. Grossman
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8