IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Randy W. Grossman, | ) | Case No. 23-22565-GLT |
|     Debtor | ) | Chapter 13 |
| | ) | |
| Randy W. Grossman, | ) | Document No. 66 |
| Social Security No. XXX-XX-1026 | ) | |
|     Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Allegheny County and Ronda J. | ) | |
| Winnecour-Chapter 13 Trustee, | ) | |
|     Respondents | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on August 15, 2024, a true and correct copy of the *Amended Order to Pay Trustee* along with the *Notification of Debtor's Social Security Number* was served by the following methods, upon the following persons and parties:

| | |
|---|---|
| Randy W. Grossman<br>*Via E-Mail* | Ronda J. Winnecour-Chapter 13 Trustee<br>*Via ECF Mail* |

Allegheny County Controller's Office
**Attention: Merissa Schmitt**
436 Grant Street
Room 2 Courthouse
Pittsburgh, PA 15219
[Controllerpayroll@alleghenycounty.us](mailto:Controllerpayroll@alleghenycounty.us)
*Via E-Mail and Fax (412–350-4635)*

| | |
|---|---|
| Date of Service: August 15, 2024 | /s/ Lauren M. Lamb<br>Lauren M. Lamb, Esquire<br>Attorney for the Debtor<br>STEIDL & STEINBERG<br>Suite 2830, Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219<br>(412) 391-8000<br>llamb@steidl-steinberg.com<br>PA I.D. No. 209201 |