Certificate Number: 17082-PAW-DE-039399061

Bankruptcy Case Number: 23-22565



17082-PAW-DE-039399061

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 3, 2025, at 2:16 o'clock PM MST, RANDY W GROSSMAN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   March 3, 2025               By:    /s/Orsolya K Lazar

                                     Name:  Orsolya K Lazar

                                     Title:  Executive Director