# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

10/21/2026

IN RE:

RANDY W. GROSSMAN
3051 CAMBERLY DRIVE
GIBSONIA, PA 15044
XXX-XX-1026 Debtor(s)

Case No.23-22565 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/21/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **WH BURKLEY LLP(*)** | Trustee Claim Number:1 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: DUQ LITE/PRAE | |
| **CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON** | Trustee Claim Number:2 INT %: 9.50% | CRED DESC: VEHICLE |
| C/O AIS PORTFOLIO SERVICES LLC | Court Claim Number:5 | ACCOUNT NO.: 3503 |
| PO BOX 661381 | | |
| | CLAIM: 698.23 | |
| DALLAS, TX 75266-1381 | COMMENT: TRADED IN/OE*8976@5%/PL*9188.42/CL*SURR/PL*DK | |
| **M & T BANK** | Trustee Claim Number:3 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| ATTN PAYMENT PROCESSING | Court Claim Number:9 | ACCOUNT NO.: 6449 |
| POB 1288 | | |
| | CLAIM: 0.00 | |
| BUFFALO, NY 14240-1288 | COMMENT: PMT/DCLAR*DKT4PMT-LMT*BGN 12/23 | |
| **AMY GALLAGHER** | Trustee Claim Number:4 INT %: 0.00% | CRED DESC: SUPPORT/ALIMONY CONT. |
| 109 WOOD BINE DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| CRANBERRY TWP, PA 16066 | COMMENT: PD OUTSIDE/CONF*NO$/SCH*NT PROV/PL~PD OUTSIDE? | |
| **DANIELLE GROSSMAN** | Trustee Claim Number:5 INT %: 0.00% | CRED DESC: SUPPORT/ALIMONY CONT. |
| 3162 CAMBERLY DR | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| GIBSONIA, PA 15044 | COMMENT: PD OUTSIDE/CONF*NO$/SCH*NT PROV/PL~PD OUTSIDE? | |
| **ALLEGHENY HEALTH NETWORK** | Trustee Claim Number:6 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 645266 | Court Claim Number: | ACCOUNT NO.: 0249 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15264-5266 | COMMENT: | |
| **UPMC PHYSICIAN SERVICES** | Trustee Claim Number:7 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O DCM SERVICES/BANKRUPTCY | Court Claim Number:8 | ACCOUNT NO.: 1026 |
| PO BOX 1123 | | |
| | CLAIM: 109.09 | |
| MINNEAPOLIS, MN 55440 | COMMENT: NO$/SCH | |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:8 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:11 | ACCOUNT NO.: 6719 |
| | CLAIM: 2,547.89 | |
| NORFOLK, VA 23541 | COMMENT: TBOM | |
| **CAINE & WEINER** | Trustee Claim Number:9 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 55848 | Court Claim Number: | ACCOUNT NO.: 6470 |
| | CLAIM: 0.00 | |
| SHERMAN OAKS, CA 91413-0848 | COMMENT: PRGRSV/SCH | |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:6 | ACCOUNT NO.: 7899 |
| | CLAIM: 644.35 | |
| CHARLOTTE, NC 28272-1083 | COMMENT: | |

CLAIM RECORDS

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:10 | ACCOUNT NO.: 0096 |
| PO BOX 10587 | | |
| | CLAIM: 563.39 | |
| GREENVILLE, SC 29603-0587 | COMMENT: CREDIT 1 | |
| **T MOBILE/T-MOBILE USA INC BY AMERICAN INF** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248848 | Court Claim Number:1 | ACCOUNT NO.: 6263 |
| | CLAIM: 79.60 | |
| OKLAHOMA CITY, OK 73124-8848 | COMMENT: X9978/SCH*NO$~COMCAST/SCH | |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC(*) | Court Claim Number:7 | ACCOUNT NO.: 8230 |
| PO BOX 772813 | | |
| | CLAIM: 917.48 | |
| CHICAGO, IL 60677-2813 | COMMENT: REF 3783042728 | |
| **MISSION LANE** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 105286 | Court Claim Number: | ACCOUNT NO.: 3105 |
| | CLAIM: 0.00 | |
| ATLANTA, GA 30348 | COMMENT: | |
| **NAVIENT SOLUTIONS INC O/B/O ECMC** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED (S) |
| C/O ECMC(*) | Court Claim Number:4 | ACCOUNT NO.: 1026 |
| LOCK BOX #8682 | | |
| PO BOX 16478 | CLAIM: 0.00 | |
| ST PAUL, MN 55116-0478 | COMMENT: $0/PL@SPEC CL*X0417/SCH*CL=13548.63 | |
| **NAVIENT** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED (S) |
| PO BOX 9500 | Court Claim Number: | ACCOUNT NO.: 0417 |
| | CLAIM: 0.00 | |
| WILKES-BARRE, PA 18773-9500 | COMMENT: $0/PL@SPECIAL CLASS | |
| **NAVIENT** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED (S) |
| PO BOX 9500 | Court Claim Number: | ACCOUNT NO.: 0417 |
| | CLAIM: 0.00 | |
| WILKES-BARRE, PA 18773-9500 | COMMENT: $0/PL@SPECIAL CLASS | |
| **NAVIENT** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED (S) |
| PO BOX 9500 | Court Claim Number: | ACCOUNT NO.: 0417 |
| | CLAIM: 0.00 | |
| WILKES-BARRE, PA 18773-9500 | COMMENT: $0/PL@SPECIAL CLASS | |
| **GRB LAW**** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| C/O JEFFREY R HUNT ESQ - FOR PNG CO | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: PEOPLES/PRAE | |
| **HAMPTON TOWNSHIP (STRM WTR)** | Trustee Claim Number:20 INT %: 10.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE INC- DLNQ CLLCTR | Court Claim Number:2 | ACCOUNT NO.: 5M92 |
| 102 RAHWAY RD | | |
| | CLAIM: 230.00 | |
| MCMURRAY, PA 15317 | COMMENT: 1355M92*$@10%/CL-PL*WNTS 10%*THRU 12/29/23*W/21 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **HAMPTON TOWNSHIP (STRM WTR)** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O JORDAN TAX SERVICE INC- DLNQ CLLCTR | Court Claim Number:2 | ACCOUNT NO.: 5M92 |
| 102 RAHWAY RD | | |
| | CLAIM: 61.59 | |
| MCMURRAY, PA 15317 | COMMENT: 1355M92*$CL-PL*NON%*THRU 12/29/23*W/20 | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:3 | ACCOUNT NO.: 1494 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 1,222.04 | |
| PITTSBURGH, PA 15212 | COMMENT: NT/SCH | |

| | | |
|---|---|---|
| **M & T BANK** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| ATTN PAYMENT PROCESSING | Court Claim Number:9 | ACCOUNT NO.: 6449 |
| POB 1288 | | |
| | CLAIM: 25,894.10 | |
| BUFFALO, NY 14240-1288 | COMMENT: $CL-PL*THRU 11/23 | |

| | | |
|---|---|---|
| **CLEARVIEW FCU**** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| 8805 UNIVERSITY BLVD | Court Claim Number: | ACCOUNT NO.: 5647 |
| | | |
| | CLAIM: 0.00 | |
| MOON TWP, PA 15108-4212 | COMMENT: PMT/PL*447X53 REM+2=LMT*BGN 7/24 | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: 5635 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15212 | COMMENT: $/DOE-PL*BGN 9/24 DISTRIB*DK | |